Electronically Filed
10/20/2021 1:59 PM
Fifth Judicial District, Twin Falls County
Kristina Glascock, Clerk of the Court
By: Gabriel Christiansen, Deputy Clerk

Warren W. Dowdle (ISB# 5957)
**MONTGOMERY | DOWDLE**
13965 W. Chinden Blvd., Ste. 115
Boise, ID  83713
Telephone:  (208) 378-8882
Facsimile: (866) 991-4344
Email:  wwd@montgomerydowdle.com

Jane Gordon (ISB# 9243)
**PARKE GORDON, LLC**
1150 West State Street, Ste 300
Boise, Idaho 83702
Telephone: (208) 322-7274
Facsimile: (866) 472-0506
Email:  Jane@ParkeGordon.com
              Boise@ParkeGordon.com

**Attorney for Plaintiff**

# IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT

# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF TWIN FALLS

| | |
|---|---|
| MIKE WUCINICH,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDEX FREIGHT, INC., an Arkansas Corporation, and FEDEX CORP., and DOE CORPORATIONS 1-10, and DOE INDIVIDUALS 1-10.<br><br>    Defendants. | Case No. CV42-21-3729<br><br>**COMPLAINT**<br><br>Fee Category: A4D<br>Filing Fee: $221.00<br><br>Cluff, Benjamin J. |

Plaintiff, by and through his undersigned counsel of record, hereby alleges and complains as follows:

1. Plaintiff, Mike Wucinich ("Plaintiff") is a resident of Idaho.

2. Defendant FedEx Freight, Inc. ("FedEx") at all relevant times was an Arkansas

COMPLAINT - 1

Corporation doing business in the State of Idaho.

3. Defendant FedEx Corp. ("FedEx Corp.") is the parent Corporation of FedEx Freight, Inc. and at all relevant times was an Arkansas Corporation doing business in the State of Idaho.

4. Defendants Doe Individuals 1-10, and Doe Corporations 1-10 are presently unknown. Pursuant to IRCP 10(d), plaintiff will amend the Complaint when the true names are discovered.

5. This Court has jurisdiction over the claims and parties to this action by virtue of Idaho Code § 1-705 and § 5-514.

6. The amount in controversy in this cause of action exceeds $10,000.00, which is sufficient for the District Court to exercise jurisdiction.

7. Venue is proper by virtue of Idaho Code § 5-404.

## GENERAL ALLEGATIONS

8. Defendant FedEx Freight, Inc. leases or owns property on 1980 Highland Ave. East, Twin Falls, Idaho 83301.

9. Defendant FedEx Freight, Inc. was contracted to provide delivery service of a refrigerator and freezer to Plaintiff.

10. Defendant FedEx Freight, Inc. failed to deliver the shipment and instead required Plaintiff to go to the warehouse located at 1980 Highland Ave. East, Twin Falls, Idaho 83301 to pick up the shipment.

11. On or about December 12, 2019 at approximately 5pm Plaintiff went to the FedEx Warehouse as directed with a covered trailer to pick up the refrigerator and freezer.

12. Defendant's employee, whose true name is unknown ("hereinafter Doe Individual

1"), assisted Plaintiff by moving the pallet with the shipment with a forklift to the trailer, but did not place the shipment inside the trailer.

13. Doe Individual 1 assisted Plaintiff in placing one box on a dolly, and helped Plaintiff push the dolly with the box to the trailer.

14. As Doe Individual 1 was pushing the dolly from the back, and Plaintiff was pulling the dolly from the front up the ramp to the trailer, Plaintiff slipped and the load tipped over, landing on Plaintiff. Doe Individual 1 was unable to control the shipment and the shipment fell on Plaintiff, causing severe injuries.

## NEGLIGENCE

### (FedEx)

15. Plaintiff realleges and incorporates the foregoing paragraphs above as though fully set forth herein.

16. Defendants owed a duty to Plaintiff to provide adequate safety measures and assistance with loading the shipment.

17. Defendants breached the duties it owed to Plaintiff by failing have adequate staff, failing to provide necessary equipment, and by forcing the Plaintiff to assist in the loading of the heavy shipment.

18. Defendants' breach of duties directly and proximately caused Plaintiff to sustain significant bodily injuries.

19. Defendants' negligence directly and proximately caused Plaintiff to suffer special and general damages, which include, but are not limited to, out-of-pocket expenses, loss of earnings, medical expenses, loss of employment, loss of business or employment opportunities, cost of obtaining substitute domestic services, pain, suffering, inconvenience, mental anguish, disability or disfigurement, emotional distress, and loss of enjoyment of life. The damages incurred by Mike

Wucinich are in an amount greater than $10,000, to be proven at trial.

20. Plaintiff is entitled to interest on the amount incurred on special damages pursuant to the applicable statutes of the State of Idaho.

21. Defendants are also vicariously liable for the acts and conduct of its agents under the doctrine of respondeat superior.

**WHEREFORE**, Plaintiff prays judgment against the Defendants as follows:

1. For special damages in a sum subject to proof at trial and interest thereon, pursuant to the applicable statutes of the State of Idaho.

2. For general damages in a sum subject to proof at trial.

3. For such other and further relief as the Court deems just and proper.

DATED this 20th day of October, 2021.

        MONTGOMREY| DOWDLE

        /s/ Warren Dowdle
        Warren Dowdle, of the Firm
        Attorneys for Plaintiff